WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

CARRIER AIR CONDITIONING COMPANY, A DIVISION OF CARRIER CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed April 25, 1974.*

CARRIER AIR CONDITIONING CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

GENERAL PLATE MAKERS SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed April 25, 1974.*

GENERAL PLATE MAKERS SUPPLY CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.